# **Exhibit 2**

| US7551731B2 | Salesforce Service Cloud (Service Cloud Voice) and Salesforce Sales Cloud (Lightning Experience and Lightning Dialer) (collectively, "Accused Products") |
|---|---|
| **1pre**. A method for network support for providing caller flexibility information of a calling terminal, comprising the steps of: | The Accused Products practice a method of providing caller flexibility information of a calling terminal including entering a command to use at least one of an alternate caller name, an alternate caller number, and an alternate caller message for a calling terminal, instead of a preassigned caller name and caller number for the calling terminal.<br><br>Salesforce offers a product called Service Cloud that provides for customer service solutions. This service includes Service Cloud Voice as an add-on, which provides network support for a calling infrastructure for communicating between service agents and customers.<br><br>**Citation 1: Service Cloud**<br><br><br><br>Fig. 1<br><br>Source: https://www.salesforce.com/products/service-cloud/overview/, Exhibit A |
| **1a**. entering a command to use at least one of an alternate caller name, an alternate caller number and an alternate caller message for a calling terminal, instead of a preassigned caller name and caller number for the calling terminal; | |

**Citation 2: Service Cloud Voice**



Fig. 2

Source: https://www.salesforce.com/products/service-cloud/solutions/call-center-management/?d=cta-body-promo-297,

Exhibit B

Service Cloud Voice is designed to be integrated with a calling center infrastructure, providing network support for service calls that are integrated with their cloud-based platform. Service agents with Service Cloud Voice can use their Service Cloud instance as a calling terminal, accepting calls from customers or other agents.

This integration of the calling terminal with network support allows for CRM features such as configuring caller ID. Users can enter a command to match callers to End User Records, ensuring that when a customer calls a service agent, the agent can save the customer's phone number and name to an End User Record (alternate caller name and alternate caller number). Users can also enter a command to Override the Phone Channels Number Settings, so that when a customer calls with a new phone number (preassigned caller name and caller number), the End User Record (alternate

caller name and/or alternate caller number) can be reused instead of the new phone number (preassigned caller name and caller number). See Figures 3 and 4.

**Citation 3: Configure Caller ID for Your Contact Center**

## Configure Caller ID for Your Contact Center

Make it easier for your agents to identify callers. When a customer dials in, use the caller phone number to create an End User record so that agents always know who's calling, even for abandoned or missed calls. You can create or reuse the same End User record regardless of which number the caller dialed.

Fig. 3

Source: https://help.salesforce.com/s/articleView?id=sf.voice_setup_identify_callers.htm&type=5, Exhibit C

**Citation 4: Match Callers to End User Records**

1. Match callers to End User records. You can later use Flow Builder to link the End User record to a Contact.
   a. From Setup, in the Quick Find box, enter Amazon Setup or Parter Telephony Setup, depending on your telephony provider, and then select **Amazon Setup** or **Partner Telephony Setup**.
   b. Turn on **Match Callers to End User Records**

2. Choose whether to override your phone channel number settings. When a caller dials in, an End User record is created or reused based only on the number they called from (and not the number dialed). Outbound calls aren't affected and use the default phone channel.



Fig. 4

Source: https://help.salesforce.com/s/articleView?id=sf.voice_setup_identify_callers.htm&type=5, Exhibit C

End User Records can also be linked for outbound calls if a Default Phone Channel is created, allowing an agent to utilize an alternate caller name or number when making outbound calls. See Figures 5 and 6.

**Citation 5: Configure Your Service Cloud Voice Contact Center**

# Configure Your Service Cloud Voice Contact Center

Give support agents the information they need when helping customers on the phone. Create the Voice Call record page, which opens when agents accept or make calls. Add the Voice Call related list to objects such as Cases, so agents can quickly see if a customer has called about a particular case. Configure channel-object linking to automatically search for matching records and link them to the Voice Call record. And let agents pause and resume call recording.

Fig. 5

Source: https://help.salesforce.com/s/articleView?id=sf.voice_pt_manual_config.htm&type=5, Exhibit D

**Citation 6: Configure Your Service Cloud Voice Contact Center**

### Create a Default Phone Channel

Create a default phone channel to link outbound calls to an End User record. You can use default phone channels for inbound calls if it's not important to capture which contact center was called or who the caller was. You can also use the default channel to set up default routing across all contact centers.

Fig. 6

Source: https://help.salesforce.com/s/articleView?id=sf.voice_pt_manual_config.htm&type=5, Exhibit D

Salesforce also offers a product called Lightning Experience that provides for Sales cloud-based platform solutions.

**Citation 7: Lightning Experience**



Fig. 7

Source: https://www.salesforce.com/campaign/lightning/, Exhibit E

This service includes Lightning Dialer as an add-on, which provides network support for a calling infrastructure for communicating between Sales reps and customers. Lightning Dialer is designed to be integrated with a calling center infrastructure, providing network support for sales calls that are integrated with their cloud-based platform. Sales reps with Lightning Dialer can use their Lightning Experience instance as a calling terminal, accepting calls from customers or other sales reps. This integration of the calling terminal with network support allows for CRM features such as

configuring caller ID. Users can enter a command to add a custom phone number (alternate calling number) which is used as the caller ID for outbound calls to customers. For example, instead of using the main business line (predetermined caller number), the Sales rep can use their mobile number (alternate calling number) as their caller ID for outbound calls. See Figure 8.

**Citation 8: Lightning Dialer**

## Lightning Dialer: Use a Custom Caller ID

Do your reps want to use their existing phone number as the caller ID when making calls? Now they can assign their mobile number or main business line to Lightning Dialer from their personal settings.

> Note  NOTE For now, we support outgoing calls only to the United States and Canada.

**Where:** This change applies to Lightning Dialer in Lightning Experience. Lightning Dialer is available for an extra cost in Essentials, Professional, Enterprise, Performance, and Unlimited editions.

**Who:** Users need both Dialer Inbound and Dialer Outbound licenses to assign a custom number.

**How:** Sales reps can add a custom caller ID from the Dialer Settings page from their personal settings or the call panel.



Before a rep can use the number, the rep must enter a provided code to verify it. More than one sales rep can't use the same custom number.

Fig. 8

Source: https://help.salesforce.com/s/articleView?id=release-notes.rn_sales_dialer_top.htm&type=5&release=222,

Exhibit F

| | |
|---|---|
| **1b**. looking up, based on at least one of a hour, minute, second and day, the at least one of an alternate caller name, an alternate caller number and an alternate caller message, the at least one of an alternate caller name, an alternate caller number and an alternate caller message being changeable by at least one of the calling terminal and a network; and | The Accused Products practice a method of looking up the at least one of an alternate caller name, an alternate caller number, and an alternate caller message based on at least one of a hour, minute, second, and day, where the at lesat one of an alternate caller name, an alternate caller number, and an alternate caller message is changeable by at least one of the calling terminal and a network.<br><br>Service Cloud Voice includes a Match Callers to End User Records feature, which leverages End User Records that are changeable by Salesforce's customers and network, depending on the linking of the End User Record to a contact. See Figures 9 and 10.<br><br>**Citation 9: Configure Caller ID for Your Contact Center**<br><br>### Configure Caller ID for Your Contact Center<br><br>Make it easier for your agents to identify callers. When a customer dials in, use the caller phone number to create an End User record so that agents always know who's calling, even for abandoned or missed calls. You can create or reuse the same End User record regardless of which number the caller dialed.<br><br>Fig. 9<br><br>Source: https://help.salesforce.com/s/articleView?id=sf.voice_setup_identify_callers.htm&type=5, Exhibit C |

**Citation 10: Match Callers to End User Records**

1. Match callers to End User records. You can later use Flow Builder to link the End User record to a Contact.
    a. From Setup, in the Quick Find box, enter `Amazon Setup` or `Parter Telephony Setup`, depending on your telephony provider, and then select **Amazon Setup** or **Partner Telephony Setup**.
    b. Turn on **Match Callers to End User Records**

2. Choose whether to override your phone channel number settings. When a caller dials in, an End User record is created or reused based only on the number they called from (and not the number dialed). Outbound calls aren't affected and use the default phone channel.



Fig. 10

Source: https://help.salesforce.com/s/articleView?id=sf.voice_setup_identify_callers.htm&type=5, Exhibit C

For the matching of End User Records to function properly, a phone channel must be created that includes details on how and when to create an End User Record, and allows for the automatic matching. This caller ID tool can be set up to determine whether to associate the End User Record with the caller, based on a number of factors such as which End User Record was most recently generated (looking up, based on at least one of a hour, minute, second and day). See Figures 11 and 12.

**Citation 11: Configure Your Service Cloud Voice Contact Center**

# Configure Your Service Cloud Voice Contact Center

Give support agents the information they need when helping customers on the phone. Create the Voice Call record page, which opens when agents accept or make calls. Add the Voice Call related list to objects such as Cases, so agents can quickly see if a customer has called about a particular case. Configure channel-object linking to automatically search for matching records and link them to the Voice Call record. And let agents pause and resume call recording.

Fig. 11

Source: https://help.salesforce.com/s/articleView?id=sf.voice_pt_manual_config.htm&type=5, Exhibit D

**Citation 12: Configure Your Service Cloud Voice Contact Center**

**Create a Phone Channel**

To configure call routing for voice calls, including Omni-Channel flows and queue routing, and to determine when to create an End User record, create a phone channel. After you create a phone channel, you can set up a caller ID tool to create or reuse an End User record and choose whether to associate the End User record with the number dialed.

Fig. 12

Source: https://help.salesforce.com/s/articleView?id=sf.voice_pt_manual_config.htm&type=5, Exhibit D

End User Records can be linked for outbound calls if a Default Phone Channel is created, allowing an agent to utilize an alternate caller name or number when making outbound calls. See Figure 13.

**Citation 13: Configure Your Service Cloud Voice Contact Center**

**Create a Default Phone Channel**

Create a default phone channel to link outbound calls to an End User record. You can use default phone channels for inbound calls if it's not important to capture which contact center was called or who the caller was. You can also use the default channel to set up default routing across all contact centers.

Fig. 13

Source: https://help.salesforce.com/s/articleView?id=sf.voice_pt_manual_config.htm&type=5, Exhibit D

Lightning Dialer is designed to be integrated with a calling center infrastructure, providing network support for sales calls that are integrated with their cloud-based platform. Sales reps with Lightning Dialer can use their Lightning Experience instance as a calling terminal, accepting calls from customers or other sales reps.

This integration of the calling terminal with network support allows for CRM features such as configuring caller ID. Users can enter a command to add a custom phone number (alternate calling number) which is used as the caller ID for

outbound calls to customers. For example, instead of using the main business line (predetermined caller number), the Sales rep can use their mobile number (alternate calling number) as their caller ID for outbound calls. See Figure 14.

**Citation 14: Lightning Dialer**

## Lightning Dialer: Use a Custom Caller ID

Do your reps want to use their existing phone number as the caller ID when making calls? Now they can assign their mobile number or main business line to Lightning Dialer from their personal settings.

 NOTE For now, we support outgoing calls only to the United States and Canada.

**Where:** This change applies to Lightning Dialer in Lightning Experience. Lightning Dialer is available for an extra cost in Essentials, Professional, Enterprise, Performance, and Unlimited editions.

**Who:** Users need both Dialer Inbound and Dialer Outbound licenses to assign a custom number.

**How:** Sales reps can add a custom caller ID from the Dialer Settings page from their personal settings or the call panel.



Before a rep can use the number, the rep must enter a provided code to verify it. More than one sales rep can't use the same custom number.

Fig. 14

Source: https://help.salesforce.com/s/articleView?id=release-notes.rn_sales_dialer_top.htm&type=5&release=222,
Exhibit F

| | |
|---|---|
| **1c.** using the at least one of an alternate caller name, an alternate caller number and an alternate caller message in place of the preassigned caller name and caller number for the calling terminal. | The Accused Products allow using at least one of the alternate caller name, an alternate caller number, and an alternate caller message in place of the preassigned caller name and caller number for the calling terminal.<br><br>Service Cloud Voice includes a feature called Matching Callers to End User Records. Service agents can enter a command to match callers to End User Records, ensuring that when a customer calls the service agent, the agent can save the customer's phone number and name to an End User Record (alternate caller name and alternate caller number). Service agents can also enter a command to Override the Phone Channels Number Settings, so that when a customer calls with a new phone number (preassigned caller name and caller number), the End User Record (alternate caller name and/or alternate caller number) can be reused instead of the new phone number (preassigned caller name and caller number). The End User Record information is displayed instead of the default Caller ID information to ensure that the agents "always know who's calling." See Figures 7 and 8.<br><br> **Citation 15: Configure Caller ID for Your Contact Center** <br>## Configure Caller ID for Your Contact Center<br><br>Make it easier for your agents to identify callers. When a customer dials in, use the caller phone number to create an End User record so that agents always know who's calling, even for abandoned or missed calls. You can create or reuse the same End User record regardless of which number the caller dialed.<br><br> Fig. 15 <br>Source: https://help.salesforce.com/s/articleView?id=sf.voice_setup_identify_callers.htm&type=5, Exhibit C |

**Citation 16: Match Callers to End User Records**

1. Match callers to End User records. You can later use Flow Builder to link the End User record to a Contact.
   a. From Setup, in the Quick Find box, enter Amazon Setup or Parter Telephony Setup, depending on your telephony provider, and then select **Amazon Setup** or **Partner Telephony Setup**.
   b. Turn on **Match Callers to End User Records**

2. Choose whether to override your phone channel number settings. When a caller dials in, an End User record is created or reused based only on the number they called from (and not the number dialed). Outbound calls aren't affected and use the default phone channel.



Fig. 16

Source: https://help.salesforce.com/s/articleView?id=sf.voice_setup_identify_callers.htm&type=5, Exhibit C

End User Records can be linked for outbound calls if a Default Phone Channel is created, allowing an agent to utilize an alternate caller name or number when making outbound calls. See Figure 17.

**Citation 17: Configure Your Service Cloud Voice Contact Center**

**Create a Default Phone Channel**

Create a default phone channel to link outbound calls to an End User record. You can use default phone channels for inbound calls if it's not important to capture which contact center was called or who the caller was. You can also use the default channel to set up default routing across all contact centers.

Fig. 17

Source: https://help.salesforce.com/s/articleView?id=sf.voice_pt_manual_config.htm&type=5, Exhibit D

| | |
|---|---|
| | Lightning Dialer is designed to be integrated with a calling center infrastructure, providing network support for sales calls that are integrated with their cloud-based platform. Sales reps with Lightning Dialer can use their Lightning Experience instance as a calling terminal, accepting calls from customers or other sales reps.<br><br>This integration of the calling terminal with network support allows for CRM features such as configuring caller ID. Users can enter a command to add a custom phone number (alternate calling number) which is used as the caller ID for outbound calls to customers. For example, instead of using the main business line (predetermined caller number), the Sales rep can use their mobile number (alternate calling number) as their caller ID for outbound calls. See Figures 18 and 19. |

| | |
|---|---|
| | **Citation 18: Lightning Dialer**  Fig. 18<br><br>Source:    https://help.salesforce.com/s/articleView?id=release-notes.rn_sales_dialer_top.htm&type=5&release=222, Exhibit F |
| **10pre.** A method for network support for providing caller flexibility information | The Accused Products practice a method of providing caller flexibility information of a calling terminal that is displayed on a called terminal, comprising storing for a calling terminal at least one of an alternate caller name, an alternate caller number, and alternate caller message. |

| | |
|---|---|
| of a calling terminal that is displayed on a called terminal, comprising the steps of:<br><br>**10a.** storing for a calling terminal at least one of an alternate caller name, an alternate caller number and an alternate caller message in a database in the network; | Salesforce offers a product called Service Cloud that provides for customer service solutions. This service includes Service Cloud Voice as an add-on, which provides network support for a calling infrastructure for communicating between service agents and customers.<br><br>**Citation 19: Service Cloud**<br><br><br><br>Fig. 19<br><br>Source: https://www.salesforce.com/products/service-cloud/overview/, Exhibit A |

**Citation 20: Service Cloud Voice**



Fig. 20

Source: https://www.salesforce.com/products/service-cloud/solutions/call-center-management/?d=cta-body-promo-297,

Exhibit B

Service Cloud Voice is designed to be integrated with a calling center infrastructure, providing network support for service calls that are integrated with their cloud-based platform. Service agents with Service Cloud Voice can use their Service Cloud instance as a calling terminal, accepting calls from customers or other agents.

This integration of the calling terminal with network support allows for CRM features such as configuring caller ID. Users can enter a command to match callers to End User Records, ensuring that when a customer calls a service agent, the agent can save the customer's phone number and name to an End User Record (alternate caller name and alternate caller number). See Figures 21 and 22.

**Citation 21: Configure Caller ID for Your Contact Center**

## Configure Caller ID for Your Contact Center

Make it easier for your agents to identify callers. When a customer dials in, use the caller phone number to create an End User record so that agents always know who's calling, even for abandoned or missed calls. You can create or reuse the same End User record regardless of which number the caller dialed.

Fig. 21

Source: https://help.salesforce.com/s/articleView?id=sf.voice_setup_identify_callers.htm&type=5, Exhibit C

### Citation 22: Match Callers to End User Records

1. Match callers to End User records. You can later use Flow Builder to link the End User record to a Contact.
   a. From Setup, in the Quick Find box, enter `Amazon Setup` or `Parter Telephony Setup`, depending on your telephony provider, and then select **Amazon Setup** or **Partner Telephony Setup**.
   b. Turn on **Match Callers to End User Records**

2. Choose whether to override your phone channel number settings. When a caller dials in, an End User record is created or reused based only on the number they called from (and not the number dialed). Outbound calls aren't affected and use the default phone channel.



Fig. 22

Source: https://help.salesforce.com/s/articleView?id=sf.voice_setup_identify_callers.htm&type=5, Exhibit C

End User Records can also be linked for outbound calls if a Default Phone Channel is created, allowing an agent to use a stored alternate caller name or number when making outbound calls. See Figures 23 and 24.

### Citation 23: Configure Your Service Cloud Voice Contact Center

17

# Configure Your Service Cloud Voice Contact Center

Give support agents the information they need when helping customers on the phone. Create the Voice Call record page, which opens when agents accept or make calls. Add the Voice Call related list to objects such as Cases, so agents can quickly see if a customer has called about a particular case. Configure channel-object linking to automatically search for matching records and link them to the Voice Call record. And let agents pause and resume call recording.

Fig. 23

Source: https://help.salesforce.com/s/articleView?id=sf.voice_pt_manual_config.htm&type=5, Exhibit D

## Citation 24: Configure Your Service Cloud Voice Contact Center

**Create a Default Phone Channel**

Create a default phone channel to link outbound calls to an End User record. You can use default phone channels for inbound calls if it's not important to capture which contact center was called or who the caller was. You can also use the default channel to set up default routing across all contact centers.

Fig. 24

Source: https://help.salesforce.com/s/articleView?id=sf.voice_pt_manual_config.htm&type=5, Exhibit D

Salesforce offers another product called Lightning Experience that also provides for Sales solutions.

## Citation 25: Lightning Experience



Fig. 25

Source: https://www.salesforce.com/campaign/lightning/, Exhibit E

This service includes Lightning Dialer as an add-on, which provides network support for a calling infrastructure for communicating between Sales reps and customers. Lightning Dialer is designed to be integrated with a calling center infrastructure, providing network support for sales calls that are integrated with their cloud-based platform. Sales reps with Lightning Dialer can use their Lightning Experience instance as a calling terminal, accepting calls from customers or other sales reps.

This integration of the calling terminal with network support allows for CRM features such as configuring caller ID. Users can enter a command to store a custom phone number (alternate calling number) which is used as the caller ID for outbound calls to customers. For example, instead of using the main business line (predetermined caller number), the Sales rep can use their mobile number (alternate calling number) as their caller ID for outbound calls. See Figures 26.

**Citation 26: Lightning Dialer**

## Lightning Dialer: Use a Custom Caller ID

Do your reps want to use their existing phone number as the caller ID when making calls? Now they can assign their mobile number or main business line to Lightning Dialer from their personal settings.

> Note   NOTE For now, we support outgoing calls only to the United States and Canada.

**Where:** This change applies to Lightning Dialer in Lightning Experience. Lightning Dialer is available for an extra cost in Essentials, Professional, Enterprise, Performance, and Unlimited editions.

**Who:** Users need both Dialer Inbound and Dialer Outbound licenses to assign a custom number.

**How:** Sales reps can add a custom caller ID from the Dialer Settings page from their personal settings or the call panel.

Phone Number Settings
Dialer Phone Number ●
○ Your Number +1 (415) 630-6966
● Custom Number
Custom Phone Number ●
[ 4154445555 ]   [ Verify ]

Before a rep can use the number, the rep must enter a provided code to verify it. More than one sales rep can't use the same custom number.

Fig. 26

Source:          https://help.salesforce.com/s/articleView?id=release-notes.rn_sales_dialer_top.htm&type=5&release=222,
Exhibit F

| | |
|---|---|
| **10b.** entering a command to use the at least one of an alternate caller name, an alternate caller number and an alternate caller message for the calling terminal, instead of a preassigned caller name and caller number for the calling terminal; | The Accused Products practice a method of providing caller flexibility information of a calling terminal, comprising entering a command to use at least one of an alternate caller name, an alternate caller number, and alternate caller message instead of a preassigned caller name and number.<br><br>Service Cloud Voice is designed to be integrated with a calling center infrastructure, providing network support for service calls that are integrated with their cloud-based platform. Service agents with Service Cloud Voice can use their Service Cloud instance as a calling terminal, accepting calls from customers or other agents.<br><br>This integration of the calling terminal with network support allows for CRM features such as configuring caller ID. Users can enter a command to match callers to End User Records, ensuring that when a customer calls a service agent, the agent can save the customer's phone number and name to an End User Record (alternate caller name and alternate caller number). Users can also enter a command to Override the Phone Channels Number Settings, so that when a customer calls with a new phone number (preassigned caller name and caller number), the End User Record (alternate caller name and/or alternate caller number) can be reused instead of the new phone number (preassigned caller name and caller number). See Figures 27 and 28.<br><br>**Citation 27: Configure Caller ID for Your Contact Center**<br><br>## Configure Caller ID for Your Contact Center<br><br>Make it easier for your agents to identify callers. When a customer dials in, use the caller phone number to create an End User record so that agents always know who's calling, even for abandoned or missed calls. You can create or reuse the same End User record regardless of which number the caller dialed.<br><br>Fig. 27<br><br>Source: https://help.salesforce.com/s/articleView?id=sf.voice_setup_identify_callers.htm&type=5, Exhibit C |

**Citation 28: Match Callers to End User Records**

1. Match callers to End User records. You can later use Flow Builder to link the End User record to a Contact.
   a. From Setup, in the Quick Find box, enter `Amazon Setup` or `Parter Telephony Setup`, depending on your telephony provider, and then select **Amazon Setup** or **Partner Telephony Setup**.
   b. Turn on **Match Callers to End User Records**
2. Choose whether to override your phone channel number settings. When a caller dials in, an End User record is created or reused based only on the number they called from (and not the number dialed). Outbound calls aren't affected and use the default phone channel.



Fig. 28

Source: https://help.salesforce.com/s/articleView?id=sf.voice_setup_identify_callers.htm&type=5, Exhibit C

End User Records can also be linked for outbound calls if a Default Phone Channel is created, allowing an agent to utilize an alternate caller name or number when making outbound calls. See Figures 29 and 30.

**Citation 29: Configure Your Service Cloud Voice Contact Center**

## Configure Your Service Cloud Voice Contact Center

Give support agents the information they need when helping customers on the phone. Create the Voice Call record page, which opens when agents accept or make calls. Add the Voice Call related list to objects such as Cases, so agents can quickly see if a customer has called about a particular case. Configure channel-object linking to automatically search for matching records and link them to the Voice Call record. And let agents pause and resume call recording.

Fig. 29

Source: https://help.salesforce.com/s/articleView?id=sf.voice_pt_manual_config.htm&type=5, Exhibit D

**Citation 30: Configure Your Service Cloud Voice Contact Center**

**Create a Default Phone Channel**

Create a default phone channel to link outbound calls to an End User record. You can use default phone channels for inbound calls if it's not important to capture which contact center was called or who the caller was. You can also use the default channel to set up default routing across all contact centers.

Fig. 30

Source: https://help.salesforce.com/s/articleView?id=sf.voice_pt_manual_config.htm&type=5, Exhibit D

Lightning Dialer is designed to be integrated with a calling center infrastructure, providing network support for sales calls that are integrated with their cloud-based platform. Sales reps with Lightning Dialer can use their Lightning Experience instance as a calling terminal, accepting calls from customers or other sales reps.

This integration of the calling terminal with network support allows for CRM features such as configuring caller ID. Users can enter a command to add a custom phone number (alternate calling number) which is used as the caller ID for outbound calls to customers. For example, instead of using the main business line (predetermined caller number), the Sales rep can use their mobile number (alternate calling number) as their caller ID for outbound calls. See Figure 31.

**Citation 31: Lightning Dialer**



Fig. 31

Source: https://help.salesforce.com/s/articleView?id=release-notes.rn_sales_dialer_top.htm&type=5&release=222,
Exhibit F

| | |
|---|---|
| **10c.** looking up, based on at least one of a hour, minute, second and day, in the database the at least one of an alternate caller name, an | The Accused Products practice a method of looking up the at least one of an alternate caller name, an alternate caller number, and an alternate caller message based on at least one of a hour, minute, second, and day, where the at lesat one of an alternate caller name,  an alternate caller number, and an alternate caller message is changeable by at least one of the calling terminal and a network. |

| | |
|---|---|
| alternate caller number and an alternate caller message, the at least one of an alternate caller name, an alternate caller number and an alternate caller message being changeable by at least one of the calling terminal and the network; and | Service Cloud Voice includes a Match Callers to End User Records feature, which leverages End User Records that are changeable by Salesforce's customers and network, depending on the linking of the End User Record to a contact. See Figures 32 and 33. |

**Citation 32: Configure Caller ID for Your Contact Center**

## Configure Caller ID for Your Contact Center

Make it easier for your agents to identify callers. When a customer dials in, use the caller phone number to create an End User record so that agents always know who's calling, even for abandoned or missed calls. You can create or reuse the same End User record regardless of which number the caller dialed.

Fig. 32

Source: https://help.salesforce.com/s/articleView?id=sf.voice_setup_identify_callers.htm&type=5, Exhibit C

**Citation 33: Match Callers to End User Records**

1. Match callers to End User records. You can later use Flow Builder to link the End User record to a Contact.
   a. From Setup, in the Quick Find box, enter Amazon Setup or Parter Telephony Setup, depending on your telephony provider, and then select **Amazon Setup** or **Partner Telephony Setup**.
   b. Turn on **Match Callers to End User Records**

2. Choose whether to override your phone channel number settings. When a caller dials in, an End User record is created or reused based only on the number they called from (and not the number dialed). Outbound calls aren't affected and use the default phone channel.



Fig. 33

Source: https://help.salesforce.com/s/articleView?id=sf.voice_setup_identify_callers.htm&type=5, Exhibit C

For the matching of End User Records to function properly, a phone channel must be created that includes details on how and when to create an End User Record, and allows for the automatic matching. This caller ID tool can be set up to determine whether to associate the End User Record with the caller, based on a number of factors such which End User Record was most recently generated (looking up, based on at least one of a hour, minute, second and day). See Figures 34 and 35.

**Citation 34: Configure Your Service Cloud Voice Contact Center**

## Configure Your Service Cloud Voice Contact Center

Give support agents the information they need when helping customers on the phone. Create the Voice Call record page, which opens when agents accept or make calls. Add the Voice Call related list to objects such as Cases, so agents can quickly see if a customer has called about a particular case. Configure channel-object linking to automatically search for matching records and link them to the Voice Call record. And let agents pause and resume call recording.

Fig. 34

Source: https://help.salesforce.com/s/articleView?id=sf.voice_pt_manual_config.htm&type=5, Exhibit D

**Citation 35: Configure Your Service Cloud Voice Contact Center**

**Create a Phone Channel**

To configure call routing for voice calls, including Omni-Channel flows and queue routing, and to determine when to create an End User record, create a phone channel. After you create a phone channel, you can set up a caller ID tool to create or reuse an End User record and choose whether to associate the End User record with the number dialed.

Fig. 35

Source: https://help.salesforce.com/s/articleView?id=sf.voice_pt_manual_config.htm&type=5, Exhibit D

End User Records can be linked for outbound calls if a Default Phone Channel is created, allowing an agent to utilize an alternate caller name or number when making outbound calls. See Figure 36.

**Citation 36: Configure Your Service Cloud Voice Contact Center**

**Create a Default Phone Channel**

Create a default phone channel to link outbound calls to an End User record. You can use default phone channels for inbound calls if it's not important to capture which contact center was called or who the caller was. You can also use the default channel to set up default routing across all contact centers.

Fig. 36

Source: https://help.salesforce.com/s/articleView?id=sf.voice_pt_manual_config.htm&type=5, Exhibit D

Lightning Dialer is designed to be integrated with a calling center infrastructure, providing network support for sales calls that are integrated with their cloud-based platform. Sales reps with Lightning Dialer can use their Lightning Experience instance as a calling terminal, accepting calls from customers or other sales reps.

This integration of the calling terminal with network support allows for CRM features such as configuring caller ID. Users can enter a command to add a custom phone number (alternate calling number) which is used as the caller ID for outbound calls to customers. For example, instead of using the main business line (predetermined caller number), the Sales rep can use their mobile number (alternate calling number) as their caller ID for outbound calls. The Custom Caller ID is saved in the Phone Number Settings, which is subsequently looked up when Sales reps make outbound calls. See Figure 37.

**Citation 37: Lightning Dialer**



Fig. 37

Source:         https://help.salesforce.com/s/articleView?id=release-notes.rn_sales_dialer_top.htm&type=5&release=222, Exhibit F

| | |
|---|---|
| **10d.** displaying on the called terminal the at least one of an alternate caller name, an alternate caller number and an alternate caller message in place of the | The Accused Products allow the calling terminal to display the alternate caller name and alternate caller number in place of the preassigned caller name and caller number.<br><br>Service Cloud Voice is designed to be integrated with a calling center infrastructure, providing network support for service calls that are integrated with their cloud-based platform. Service agents with Service Cloud Voice can use their Service Cloud instance as a calling terminal, accepting calls from customers or other agents. |

| | |
|---|---|
| preassigned caller name and caller number for the calling terminal. | This integration of the calling terminal with network support allows for CRM features such as configuring caller ID. Users can enter a command to match callers to End User Records, ensuring that when a customer calls a service agent, the agent can save the customer's phone number and name to an End User Record (alternate caller name and alternate caller number). See Figures 38 and 39.

**Citation 38: Configure Caller ID for Your Contact Center**

## Configure Caller ID for Your Contact Center

Make it easier for your agents to identify callers. When a customer dials in, use the caller phone number to create an End User record so that agents always know who's calling, even for abandoned or missed calls. You can create or reuse the same End User record regardless of which number the caller dialed.

Fig. 38

Source: https://help.salesforce.com/s/articleView?id=sf.voice_setup_identify_callers.htm&type=5, Exhibit C

**Citation 39: Match Callers to End User Records**

1. Match callers to End User records. You can later use Flow Builder to link the End User record to a Contact.
   a. From Setup, in the Quick Find box, enter Amazon Setup or Partner Telephony Setup, depending on your telephony provider, and then select **Amazon Setup** or **Partner Telephony Setup**.
   b. Turn on **Match Callers to End User Records**

2. Choose whether to override your phone channel number settings. When a caller dials in, an End User record is created or reused based only on the number they called from (and not the number dialed). Outbound calls aren't affected and use the default phone channel.



Fig. 39

Source: https://help.salesforce.com/s/articleView?id=sf.voice_setup_identify_callers.htm&type=5, Exhibit C |

End User Records can also be linked for outbound calls if a Default Phone Channel is created, allowing an agent to use a stored alternate caller name or number when making outbound calls. See Figures 40 and 41.

**Citation 40: Configure Your Service Cloud Voice Contact Center**

# Configure Your Service Cloud Voice Contact Center

Give support agents the information they need when helping customers on the phone. Create the Voice Call record page, which opens when agents accept or make calls. Add the Voice Call related list to objects such as Cases, so agents can quickly see if a customer has called about a particular case. Configure channel-object linking to automatically search for matching records and link them to the Voice Call record. And let agents pause and resume call recording.

Fig. 40

Source: https://help.salesforce.com/s/articleView?id=sf.voice_pt_manual_config.htm&type=5, Exhibit D

**Citation 41: Configure Your Service Cloud Voice Contact Center**

**Create a Default Phone Channel**
Create a default phone channel to link outbound calls to an End User record. You can use default phone channels for inbound calls if it's not important to capture which contact center was called or who the caller was. You can also use the default channel to set up default routing across all contact centers.

Fig. 41

Source: https://help.salesforce.com/s/articleView?id=sf.voice_pt_manual_config.htm&type=5, Exhibit D

Lightning Dialer is designed to be integrated with a calling center infrastructure, providing network support for sales calls that are integrated with their cloud-based platform. Sales reps with Lightning Dialer can use their Lightning Experience instance as a calling terminal, accepting calls from customers or other sales reps.

This integration of the calling terminal with network support allows for CRM features such as configuring caller ID. Users can enter a command to store a custom phone number (alternate calling number) which is used as the caller ID for

outbound calls to customers. For example, instead of using the main business line (predetermined caller number), the Sales rep can use their mobile number (alternate calling number) as their caller ID for outbound calls. See Figures 42.

**Citation 42: Lightning Dialer**



## Lightning Dialer: Use a Custom Caller ID

Do your reps want to use their existing phone number as the caller ID when making calls? Now they can assign their mobile number or main business line to Lightning Dialer from their personal settings.

> ![Note] NOTE For now, we support outgoing calls only to the United States and Canada.

**Where:** This change applies to Lightning Dialer in Lightning Experience. Lightning Dialer is available for an extra cost in Essentials, Professional, Enterprise, Performance, and Unlimited editions.

**Who:** Users need both Dialer Inbound and Dialer Outbound licenses to assign a custom number.

**How:** Sales reps can add a custom caller ID from the Dialer Settings page from their personal settings or the call panel.

Phone Number Settings
Dialer Phone Number ●
○ Your Number +1 (415) 630-6966
◉ Custom Number
Custom Phone Number ●
4154445555    [Verify]

Before a rep can use the number, the rep must enter a provided code to verify it. More than one sales rep can't use the same custom number.

Fig. 42

Source: https://help.salesforce.com/s/articleView?id=release-notes.rn_sales_dialer_top.htm&type=5&release=222, Exhibit F

| **18pre.** A system that provides caller | The Accused Products practice a method of providing caller flexibility information of a calling terminal, comprising a calling terminal and a called terminal operatively connected to a network, a database operatively connected to a network, |

| | |
|---|---|
| flexibility on "name" and "number" of a calling terminal that is displayed on a called terminal, comprising the steps of: | and storing for a calling terminal at least one of an alternate caller name, an alternate caller number, and alternate caller message. |
| **18a.** a calling terminal and a called terminal operatively connected to a network; | Salesforce offers a service call product called Service Cloud. This service includes Service Cloud Voice (network) as an add-on, which provides network support for a calling infrastructure for communicating between service agents and customers (a calling terminal and a called terminal operatively connected to the network). |
| **18b.** a database operatively connected to the network; | **Citation 43: Service Cloud**<br> |
| **18c.** at least one of an alternate caller name, an alternate caller number and an alternate caller message, for the calling terminal, stored in the database; | Fig. 43<br><br>Source: https://www.salesforce.com/products/service-cloud/overview/, Exhibit A |

**Citation 44: Service Cloud Voice**



Fig. 44

Source: https://www.salesforce.com/products/service-cloud/solutions/call-center-management/?d=cta-body-promo-297,

Exhibit B

Service Cloud Voice is designed to be integrated with a calling center infrastructure, providing network support for service calls that are integrated with their cloud-based platform. Service agents with Service Cloud Voice can use their Service Cloud instance as a calling terminal, accepting calls from customers or other agents.

This integration of the calling terminal with network support allows for important CRM features, such as Matching Callers to End User Records. Service agents can enter a command to match callers to End User Records, ensuring that when a customer calls the service agent, the agent can save the customer's phone number and name to an End User Record (alternate caller name and alternate caller number). See Figures 21 and 22.

| | |
|---|---|
| | **Citation 45: Configure Caller ID for Your Contact Center** |

## Configure Caller ID for Your Contact Center

Make it easier for your agents to identify callers. When a customer dials in, use the caller phone number to create an End User record so that agents always know who's calling, even for abandoned or missed calls. You can create or reuse the same End User record regardless of which number the caller dialed.

Fig. 45

Source: https://help.salesforce.com/s/articleView?id=sf.voice_setup_identify_callers.htm&type=5, Exhibit C

**Citation 46: Match Callers to End User Records**

1. Match callers to End User records. You can later use Flow Builder to link the End User record to a Contact.
   a. From Setup, in the Quick Find box, enter Amazon Setup or Partner Telephony Setup, depending on your telephony provider, and then select **Amazon Setup** or **Partner Telephony Setup**.
   b. Turn on **Match Callers to End User Records**

2. Choose whether to override your phone channel number settings. When a caller dials in, an End User record is created or reused based only on the number they called from (and not the number dialed). Outbound calls aren't affected and use the default phone channel.



Fig. 46

Source: https://help.salesforce.com/s/articleView?id=sf.voice_setup_identify_callers.htm&type=5, Exhibit C

| **18d.** an input command, the input command effecting use | *Refer to the comments provided for claim element 1a.* |

| | |
|---|---|
| of the at least one of an alternate caller name, an alternate caller number and an alternate caller message for the calling terminal, instead of a preassigned caller name and caller number for the calling terminal;<br><br>**18e.** wherein the input command is entered by at least one of the calling terminal and the network; | |
| **18f.** wherein, when the input command is entered to use the at least one of an alternate caller name, an alternate caller number and an alternate caller | *Refer to the comments provided for claim element 10d.* |

| | |
|---|---|
| message, the network displays, at the called terminal, the at least one of an alternate caller name, an alternate caller number and an alternate caller message for the calling terminal; | |
| **18g.** wherein the input command is overridden based on at least one of a time and day. | *Refer to the comments provided for claim element 1a and 1b.* |

**References Cited**

| Exhibit | Description | Link |
|---------|-------------|------|
| Exhibit A | Salesforce Service Cloud Overview | https://www.salesforce.com/products/service-cloud/overview/ (last accessed January 23, 2023) |
| Exhibit B | Service Cloud Voice | https://www.salesforce.com/products/service-cloud/solutions/call-center-management/?d=cta-body-promo-297 (last accessed January 23, 2023) |
| Exhibit C | Configure Caller ID for Your Contact Center | https://help.salesforce.com/s/articleView?id=sf.voice_setup_identify_callers.htm&type=5 (last accessed January 23, 2023) |
| Exhibit D | Configure Your Service Cloud Contact Center | https://help.salesforce.com/s/articleView?id=sf.voice_pt_manual_config.htm&type=5 (last accessed January 23, 2023) |
| Exhibit E | Lightning Experience | https://www.salesforce.com/campaign/lightning/ (last accessed January 23, 2023) |
| Exhibit F | Lightning Dialer: Use a Custom Caller ID | https://help.salesforce.com/s/articleView?id=release-notes.rn_sales_dialer_top.htm&type=5&release=222 (last accessed January 23, 2023) |