# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING & DEVELOPMENT,<br><br>*Plaintiff*,<br><br>v.<br><br>SALESFORCE, INC.<br><br>*Defendant*. | Case No. 6:23-cv-00046-ADA<br><br>JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Brazos" or "Plaintiff") and Defendant Salesforce, Inc. ("Salesforce") hereby stipulate and agree and jointly file this stipulation:

1. Brazos consents to dismissal with prejudice of all claims against Salesforce that it raised or could have raised in this suit related to the patent-in-suit;

2. Salesforce consents to dismissal without prejudice of all defenses that it raised or could have raised in this suit specific to the patent-in-suit; and

3. Each party will bear its own attorneys' fees and costs.

Because this stipulation is agreed and jointly filed, no Court order is required.

1

| | |
|---|---|
| Dated: May 16, 2025 | Respectfully Submitted |

By: */s/ Joseph M. Abraham*
Joseph M. Abraham, TX SB No. 24088879
Timothy Dewberry, TX Bar No. 24090074
**FOLIO LAW GROUP PLLC**
13492 Research Blvd., Suite 120, No. 177
Austin, TX 78750
Tel: 737-234-0201
Email: joseph.abraham@foliolaw.com
       timothy.dewberry@foliolaw.com

Greg Love
TX Bar No 24013060
Mark D. Siegmund
TX Bar No. 24117055
**Cherry Johnson Siegmund James**
400 Austin Ave., Ste. 9th Floor
Waco, TX 76701
Tel: 254-732-2242
Email: glove@cjsjlaw.com
       msiegmund@cjsjlaw.com

*Attorneys for Plaintiff WSOU Investments LLC d/b/a Brazos Licensing and Development*

By: */s/ Todd Briggs*
Ray R. Zado
Todd Briggs
Kevin P.B. Johnson
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
555 Twin Dolphin Drive, 5th Floor Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: rayzado@quinnemanuel.com
       toddbriggs@quinnemanuel.com
       kevinjohnson@quinnemanuel.com

Sam Stake
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, Floor 22,
San Francisco CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
Email: samstake@quinnemanuel.com

G. Blake Thompson
State Bar No. 24042033
Blake@TheMannFirm.com
**Mann | Tindel |Thompson**
112 E. Line Street, Suite 304
Tyler, Texas 75702
(903) 657-8540
(903) 657-6003 (fax)
*Attorneys for Defendant Salesforce, Inc.*